**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-40781
Summary Calendar

ARTIS RAY MAYES,

Petitioner-Appellant,

VERSUS

GARY L. JOHNSON, DIRECTOR,
Texas Department of Criminal Justice, Institutional Division,

Respondent-Appellee.

Appeal from the United States District Court
For the Eastern District of Texas
(6:96-CV-129)
February 10, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Artis Ray Mayes (TDJC #689767) argues that the district court erred by dismissing his habeas corpus petition in which he challenged his conviction for delivery of a controlled substance. Mayes argued in the petition that the prosecution knowingly used perjured testimony and that the identity of the confidential informant should have been revealed. We find no reversible error in the district court's dismissal of Mayes's petition for habeas corpus and AFFIRM for essentially the reasons stated by the district court. See Mayes v. Director, No. 6:96cv129 (E.D. Tex. July 22, 1996).

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.